AGNES OVERBAY and LOUIS OVERBAY, Appellants, v. THE CITY OF NEW YORK and SYBEEN REALTY CORP., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote for reversal and a new trial. (See *Moroney* v. *City of New York*, 49 Misc. 307; affd., 117 App. Div. 843; affd., 190 N. Y. 560.)

MARTHA KING, Suing on Behalf of Herself and All Other Bondholders Similarly Situated, and Another, Respondents, v. FRANMOR EQUITY CORPORATION and MORRIS MORGENSTERN, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HOME OWNERS' LOAN CORPORATION, Appellant, v. IRVING S. SLOMKA, Respondent.— Determination unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

TOSTI CONSTRUCTION CO., INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IRVING J. THORNE, M. D., Appellant, v. COLUMBIA CAB CORPORATION and HAROLD D. BRICKHAM, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [167 Misc. 72; revd., 168 id. 255.]

In the Matter of the Application of OSCAR BLUTH, Appellant, for an Order against ALMERINDO PORTFOLIO, as City Treasurer of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HELENE HICKMAN, Appellant, v. DAGGETT & RAMSDELL, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANNA KRAUSE, Respondent, v. BERNARD KRAUSE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. (See *Brown* v. *Brown*, 242 App. Div. 33; affd., 266 N. Y. 532.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and deny the motion to strike out defense. (See *Stevens* v. *Stevens*, 273 N. Y. 157, 159.)

In the Matter of the Application of MONTIFIORE G. KAHN, Appellant, to Compel THE NATIONAL CITY BANK OF NEW YORK, Respondent, to Proceed with an Arbitration.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of SYLVESTER ALLIEGRO, an Attorney.—Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JAY W. COHEN (Also Known as JAY COHEN), an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.